**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 16, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01007-CV

### DORA BURNETT, Appellant

### V.

### PACIFIC EMPLOYERS INSURANCE COMPANY, ET AL AND ACE AMERICAN INSURANCE COMPANY, ET AL, Appellees

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2011-31924**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 1, 2012. On May 9, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.